UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-00053-01 |
| VERSUS | : | CHIEF JUDGE HICKS |
| CARDARIES MARKS | : | MAGISTRATE JUDGE HORNSBY |

**FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture on May 19, 2021 [Doc. No. 33], ordering the defendant, **Cardaries Marks**, to forfeit the following:

(a) Rossi Revolver; Model: Unknown; Caliber; .38 Special; and

(b) Hi-Point Pistol; Model: C; Caliber: 9mm.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 21, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d).

No third party claims were filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Preliminary Order of Forfeiture entered in the above-captioned action on May 19, 2021 [Doc. No. 33], is final, this Court having found that the defendant, **Cardaries Marks,** convicted in the case had an interest in the forfeitable property pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d), and any and all right, title and interest of the defendant in the assets listed above is hereby condemned, forfeited and terminated.

The United States has clear title to the property as set forth in the Preliminary Order of Forfeiture dated May 19, 2021. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshals Service, c/o Sivis Medina at sivis.medina2@usdoj.gov.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of July, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT